**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**IN RE:**

**PAULA A MILNER,**

     **Debtor.**

**Case No. 25-23473**
**Chapter 13**

---

### NOTICE OF FILING DOCUMENTS

---

In accordance with this Court's oral directive following the hearing on November 19, 2025, Glankler Brown PLLC and Millington Oaks Apartments, hereby file this Notice of Filing Documents, providing this Court with the following for review:

**Exhibit 1 – Debtor's Lease Agreement**

**Exhibit 2 – The Shelby County General Sessions' Court File, received from the General Sessions Court Clerk on November 20, 2025.**

Counsel believes that the Shelby County General Sessions' Court File is incomplete; however, after spending more than an hour speaking with the General Sessions' clerks in various offices at the Courthouse, it appears that any other documents that are to be included in this file, have not yet been reviewed and properly filed, and the clerks do not know, at this juncture, where any such documents may be.

In addition, in the hearing on Debtor's Motion for Contempt held November 19, 2025, the Court inquired into what appeared to be Millington Oaks Apartments' violation of the Rule 4001(a)(4) 14-day stay, when it filed its Forcible Entry and Detainer Warrant ("FED") on "February 20, 2025", which was nine (9) days after this Court's issuance of the Order Granting Adequate Protection and Lifting the Automatic Stay [D.E. 38], but five (5) days before tolling of

the 14-day stay.

As the Court will note from **Exhibit 2** attached, the FED that is the subject of Debtor's

Motion for Sanctions was <u>not</u> issued by the General Sessions Court on February 20, 2025.  In fact,

it was not issued until **<u>APRIL 15, 2025</u>, sixty-three (63) days after the Order Granting**

**Adequate Protection and Lifting the Automatic Stay was issued and fifty-eight (58) days after**

**the Rule 4001(a)(4) 14-day stay had passed.**



The "February 20, 2025" date reflected on the bottom of the pleading and on the Shelby

County General Sessions' Court Docket Page, was a back-dated entry based upon the date that the

Process Server "left a stack of FEDs and WRITS at the Clerk's Counter".   As such, there was no

violation of the Rule 4001(a)(4) 14-day stay relating to the Court's Order Granting Adequate

Protection and Lifting the Automatic Stay.

**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
S. Joshua Kahane (TN# 23726)
S.T. Rayburn (TN# 41634)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 576-1701
jkahane@glankler.com
srayburn@glankler.com

Attorneys for Creditor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was provided to the persons listed below via first class U.S. mail, postage prepaid, hand delivery, or facsimile or other electronic means this 24th day of November 2025.

*Via U. S. Mail*
Paula A. Milner
Debtor
3800 S. Advantage Way #304
Memphis, TN 38128
   *and*
4923 Navy Road #3
Millington, TN 38053

*Via U. S. Mail*
Arthur Byrd
Attorney for Debtor
Law Office of Arthur A. Byrd, Jr.
116 Mulberry
Collierville, TN 38017

*Via U. S. Mail*
Jennifer K. Cruseturner
Chapter 13 Standing Trustee
5350 Poplar Ave, Ste 500
Memphis, TN 38119

/s/ S. Joshua Kahane