# EXHIBIT 2



*SERVE B.. SWIFT PROCESS SERVING LLC*

## IN THE COURT OF GENERAL SESSIONS SHELBY COUNTY, TENNESSEE

DOCKET No. 2309498

### FORCIBLE ENTRY AND DETAINER WARRANT

**To any lawful officer to execute and return:**

State of Tennessee, County of Shelby, to the Sheriff of said county whereas, complaint has been made to me by the plaintiff(s), **MILLINGTON OAKS APARTMENTS**, of a certain forcible entry and detainer, or an unlawful detainer, made by the defendant(s), **PAULA MILNER** unto certain lands or premises, in this county, described as follows, to wit: **4923 NAVY RD #3, MILLINGTON, TENNESSEE  38053** to which plaintiff(s) claims the right of possession, and that defendant(s) unlawfully detain same.  You are therefore commanded to summon the above-named defendant(s) to appear before the Shelby County Court of General Sessions on **(SEE COURT DATE BELOW)**, to answer the above complaint and further plea of debt in the amount of **$2,562.00 PLUS $854.00 ATTORNEY FEE** plus accrued rent, damages, and attorney fees, possession of the described real property and the cost of the cause, and any other sums which may become due before the hearing of this cause.

Issued this __15__ day of __April__, 2025.

TAMARA A. SAWYER, General Sessions Court Clerk

By _____ Deputy Clerk

RETURNED AS CIVIL COURT
APR 21 '25 ...

### _TO THE DEFENDANT(S):  THIS LAW FIRM DOES NOT HAVE YOUR ACCOUNT RECORDS._

### _ALL INQUIRIES AND PAYMENTS MUST BE DIRECTED TO YOUR PROPERTY MANAGER AT 878-0733._

#### PLAINTIFF'S ATTORNEY INFORMATION

Name: GLANKLER BROWN, PLLC  By: S. Joshua Kahane, G.S. Code No. G30107, B.P.R. No. 23726

Address: 6000 Poplar Ave., Suite 400, Memphis, TN  38119, Ph: (901) 576-1817, Fax: (901) 525-2389

### JUDGMENT

Judgment for the _____ Pl. _____ that he/she be restored to the possession of the land or premises described in this warrant, and that a Writ of Possession issue therefor and also for $ ___1958 00/100___ and cost of the cause, for which let execution issue.  Judgment is __✓__ or is not _____ based on a breach of contract for failure to pay rent.

This __1__ day of __May__, year __2025__ _____

Judge of Division __2__

### OFFICER'S RETURN

Received __26__ day of __April__ year __25__, Executed __7__ day of __April__, year __25__

On an adult person found in possession of premises, who gave the name of

Paula Milner 4923 Navy Rn #3 Millington, TN 38053

And serving notice that the case is set for trial before the court of General Sessions on:

### COURT HEARING

Day **THURSDAY** Date __5 / 1 / 25__ Year **2025** Time **1:30 P.M.** at

### SHELBY COUNTY COURTHOUSE, 140 ADAMS AVE, ROOM 106, MEMPHIS, TENNESSEE, (901) 222-3400

FLOYD BONNER, Sheriff By _____ Deputy Sheriff

8 D 8 Am

4/17/25  F/Black ( 40 ( 5'7" (130 ( Black Hair

## AFFIDAVIT OF SERVICE

| Case: 2309498 | Court: Shelby County Courthouse | County: Shelby, TN | Job: 12723399 |
|---|---|---|---|
| Plaintiff / Petitioner: MILLINGTON OAKS APARTMENTS | | Defendant / Respondent: PAULA MILNER | |
| Received by: Jerry L. Blank | | For: Swift Process Serving, LLC | |
| To be served upon: PAULA MILNER | | | |

I, Jerry Blank, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Paula milner, Home: 4923 Navy Road #3, Millington, TN 38053

**Manner of Service:** Personal/Individual, Apr 17, 2025, 8:16 am CDT

**Documents:**

**Additional Comments:**
1) Successful Attempt: Apr 17, 2025, 8:16 am CDT at Home: 4923 Navy Road #3, Millington, TN 38053 received by Paula milner. Age: 40; Ethnicity: African American; Gender: Female; Weight: 130; Height: 5'7"; Hair: Black;

Jerry Blank          Date   4/17/25
B-616

Jerry L. Blank

901-649-1059

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date   4/17/25          Commission Expires

YOCHEVED ADAMS
TENNESSEE
NOTARY
PUBLIC
My Comm Exp.
11/13/2027
COUNTY OF SHELBY





**Docket Association Entry (CDADOCT) (GS60)**

Case ID: 2309498    MELLINGTON OAKS APARTMENTS   V   PAULA MILNER

| Docket | Filing Date | Time | Party | Disposition Amount | Non-Mon | Seal Dckt |
|--------|-------------|------|-------|--------------------|---------|-----------|
| BNK13 | 29-JUL-2025 | 10:46:01 | | | ☐ | ☐ |
| BANKRUPTCY CHAPTER 13 | | | | | | |
| DSWFO | 14-JUL-2025 | 15:09:43 | DFT | | ☐ | ☐ |
| REIMB WRIT FED OTHER | | | MILNER, PAULA | | | |
| SNWFO | 14-JUL-2025 | 15:09:20 | | | ☐ | ☐ |
| WRIT FED OTHER | | | | | | |

**Text**   Docket   Person   Event   Sentence

**Docket Text**

BANKRUPTCY HAS BEEN FILED BK(23-23647) CHAPTER 13 (VJ)

