**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE:

PAULA A. MILNER,

Chapter 13
Case No. 25-23473

Debtor.

### AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellants:**

1. Name of appellants:  Millington Oaks Apartments and Glankler Brown, PLLC

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal:  Millington Oaks Apartments is a Creditor, Glankler Brown PLLC is Millington Oaks Apartments' Attorney

**Part 2: Identify the Subject of this Appeal:**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: Appellants appeal the Court's Opinions and Orders Granting Debtor's Motion for Sanctions for Willful Violation of the Automatic Stay which imposed compensatory and punitive damages and awarded Debtor a judgment in the amount of $101,101.88 against Millington Oaks Apartments and Glankler Brown, PLLC.

2. State the date on which the judgment—or the appealable order or decree—was entered: The Orders were entered on February 12, 2026, and February 27, 2026.

1

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Millington Oaks Apartments

    a. Attorneys: S. Joshua Kahane TN #23726
       Aubrey B. Greer TN #35613
       S.T. Rayburn TN # 41634
       Glankler Brown, PLLC
       6000 Poplar Ave., Suite 400
       Memphis TN, 38119
       jkahane@glankler.com
       agreer@glankler.com
       srayburn@glankler.com
       901-576-1701


2. Party: Glankler Brown, PLLC

    a. Attorneys: S. Joshua Kahane TN #23726
       Aubrey B. Greer TN #35613
       S.T. Rayburn TN # 41634
       Glankler Brown, PLLC
       6000 Poplar Ave., Suite 400
       Memphis TN, 38119
       jkahane@glankler.com
       agreer@glankler.com
       srayburn@glankler.com
       901-576-1701

3. Party: Paula Antwanette Milner

    a. Attorney: Arthur Byrd TN # 29081
       116 Mulberry Street
       Collierville, TN 38017
       aabyrdjr@gmail.com
       901-848-2549

**Part 4: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

⊠ **Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.**

**Part 5: Sign Below**

**GLANKLER BROWN, PLLC**

By: */s/ S. Joshua Kahane*                          Date:    03/12/2026
S. Joshua Kahane (TN# 23726)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119