**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

IN RE:

PAULA ANTWANETTE MILNER,                                    Case No. 25-23473

                                                           **Chapter 13**

     Debtor.

---

MILLINGTON OAKS APARTMENTS, and
GLANKLER BROWN, PLLC

     **Appellants**

v.                                                         **Case No. 2:26-cv-02260-MSN-atc**

PAULA ANTWANETTE MILNER,

     **Appellee.**

---

**APPELLANTS' DESIGNATION OF RECORD ON APPEAL**

---

Pursuant to Fed. R. Bankr. P. 8009, Millington Oaks Apartments and Glankler Brown,

PLLC, designate the following items to be included in the record on appeal from the Bankruptcy

Court's *Orders Granting Motion for Sanctions* entered on February 12 and 27, 2026, respectively,

(D.E. #47 and 53), in the above styled case:

| BANKRUPTCY PETITION #: 23-23647 | | |
|---|---|---|
| **Date** | **Docket Number** | **Docket Text** |
| July 27, 2023 | 1 | Chapter 13 Voluntary Petition Individual (Filing Fee Amount Paid $0.) Filed by Paula A. Milner (Byrd, Arthur) |
| July 27, 2023 | 2 | Chapter 13 Plan and Request for Assumption of Executory Contract Filed by Debtor Paula A. Milner. |

| | | |
|---|---|---|
| July 29, 2023 | 9 | BNC Certificate of Mailing - Meeting of Creditors |
| September 12, 2023 | 18 | Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (3800 S. ADVANTAGE WAY #304, MEMPHIS, TN 38128) Filing Fee Due $188 Filed by S. Joshua Kahane on behalf of JAMESBRIDGE APARTMENTS (Kahane, S.) |
| September 13, 2023 | 19 | Notice Of Hearing; (related document(s)18 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (3800 S. ADVANTAGE WAY #304, MEMPHIS, TN 38128) Filing Fee Due $188 Filed by S. Joshua Kahane on behalf of JAMESBRIDGE APARTMENTS (Kahane, S.)) Hearing scheduled 10/11/2023 at 09:00 AM, by telephone or videoconference. |
| October 12, 2023 | | Notice Of Continuance (related document(s) 18 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (3800 S. ADVANTAGE WAY #304, MEMPHIS, TN 38128) Filing Fee Due $188 Filed by S. Joshua Kahane on behalf of JAMESBRIDGE APARTMENTS (Kahane, S.)) Hearing scheduled 10/25/2023 at 10:00 AM by telephone or videoconference. |
| October 25, 2023 | | Minutes; Disposition: GRANTED. Order to be prepared by S. Joshua Kahane. (related document(s) 18 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (3800 S. ADVANTAGE WAY #304, MEMPHIS, TN 38128) Filing Fee Due $188 Filed by S. Joshua Kahane on behalf of JAMESBRIDGE APARTMENTS (Kahane, S.)). Order due by 11/8/2023. |
| November 3, 2023 | 21 | Order Granting Adequate Protection and Lifting the Automatic Stay to Permit Action for Possession of Premises as to Creditor, Jamesbridge Apartments in RE: 3800 S. Advantage Way #304, Memphis, TN 38128 (Related Doc # 18) Filed by S. Joshua Kahane (klc) |
| October 8, 2024 | 33 | Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (4923 NAVY RD #3, MILLINGTON, TN 38053) Filing Fee Due $199 Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S.) |
| October 10, 2024 | 34 | Notice Of Hearing; (related document(s)33 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (4923 NAVY RD #3, MILLINGTON, TN 38053) Filing Fee Due $199 Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS |

| | | |
|---|---|---|
| | | (Kahane, S.)) Hearing scheduled 11/6/2024 at 09:00 AM, by telephone or videoconference. |
| November 7, 2024 | | Notice Of Continuance (related document(s) 33 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (4923 NAVY RD #3, MILLINGTON, TN 38053) Filing Fee Due $199 Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S.)) Hearing scheduled 11/20/2024 at 10:00 AM Room 600, Memphis, TN. |
| November 21, 2024 | | Notice Of Continuance (related document(s) 33 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (4923 NAVY RD #3, MILLINGTON, TN 38053) Filing Fee Due $199 Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S.)) Hearing scheduled 12/18/2024 at 10:00 AM Room 600, Memphis, TN. |
| December 19, 2024 | | Notice Of Continuance (related document(s) 33 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (4923 NAVY RD #3, MILLINGTON, TN 38053) Filing Fee Due $199 Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S.)) Hearing scheduled 01/29/2025 at 10:00 AM Room 600, Memphis, TN. |
| January 29, 2025 | | Minutes; Disposition: GRANTED. Order to be prepared by S. Joshua Kahane. (related document(s) 33 Expedited Motion for Relief from Stay in RE: LEASE AGREEMENT (4923 NAVY RD #3, MILLINGTON, TN 38053) Filing Fee Due $199 Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S.)). Order due by 2/12/2025. |
| February 5, 2025 | 36 | Order Directing Debtor To Make Payments To Trustee (klc) |
| February 11, 2025 | 38 | Order Granting Adequate Protection and Lifting the Automatic Stay to Permit Action for Possession of Premises as to Millington Oaks Apartments in RE: 4923 Navy Rd #3, Memphis, TN 38128 (Related Doc # 33) |
| February 13, 2025 | 39 | Order Directing Debtor To Change Payments To Trustee (klc) |
| March 12, 2025 | 42 | Trustee's Motion To Dismiss Due To Failure To Pay ; Order and Notice of Hearing. Hearing scheduled 04/23/2025 at 09:00 AM Room 680, Memphis, TN. |
| May 25, 2025 | 44 | Order Dismissing Case and Notice of Entry Thereof; Directing Trustee To File Final Accounting And Directing Employer To Cease Deductions (related document(s):42 Trustee's Motion To Dismiss) (ana) |

| August 3, 2025 | 48 | Order Approving Chapter 13 Trustee's Final Report And Account, Discharging Chapter 13 Trustee, Combined With Notice Of The Entry Thereof |
|---|---|---|

**BANKRUPTCY PETITION #: 25-23473**

| Date | Docket Number | Docket Text |
|---|---|---|
| July 15, 2025 | 1 | Chapter 13 Voluntary Petition Individual (Filing Fee Amount Paid $0.) Filed by Paula Antwanette Milner (Byrd, Arthur) |
| July 15, 2025 | 2 | Chapter 13 Plan and Request for Assumption of Executory Contract Filed by Debtor Paula Antwanette Milner. (Byrd, Arthur) |
| July 15, 2025 | 6 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee Cruseturner, Jennifer K with 341(a) meeting to be held on 8/19/2025 via Zoom - Cruseturner: Meeting ID 286 190 3924, Passcode 4264647391, Phone (901) 979-0281. Confirmation hearing to be held on 9/24/2025 at 09:00 AM by telephone or videoconference. |
| July 15, 2025 | 7 | Verified Motion to Extend Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Byrd, Arthur) |
| July 17, 2025 | 11 | Notice Of Hearing; (related document(s)7 Verified Motion to Extend Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner ) Hearing scheduled 7/30/2025 at 10:00 AM, Room 680, Memphis, TN. |
| July 18, 2025 | 13 | BNC Certificate of Mailing - Meeting of Creditors (related document(s)6 Meeting of Creditors (AutoAssign Chapter 13)) Notice Date 07/18/2025. |
| July 19, 2025 | 16 | BNC Certificate of Mailing (related document(s)11 Notice Of Hearing) Notice Date 07/19/2025. |
| August 5, 2025 | 18 | Order Granting Verified Motion of Debtor to Extend the Automatic Stay Pursuant To 11 U.S.C. § 362 (c)(3)(B) (Related Doc # 7) |
| August 7, 2025 | 19 | BNC Certificate of Mailing (related document(s)18 Order on Motion to Extend Automatic Stay) Notice Date 08/07/2025. (Admin.) |
| October 28, 2025 | 21, 21-1, 21-2, 21-3 | THIS ENTRY HAS BEEN VOIDED; INCORRECT EVENT CODE USED; REQUEST FOR FILING PARTY TO FILE A NEW PLEADING. Motion For Contempt and Sanctions Against Millington Oaks Apartments and Glankler Brown PLLC for Violation of the Automatic Stay Under 11 U.S.C. 362 Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Byrd, Arthur |

| | | |
|---|---|---|
| October 31, 2025 | 22, 22-1, 22-2, 22-3 | Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Byrd, Arthur) |
| November 3, 2025 | 23 | Notice Of Hearing; (related document(s)22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)) Hearing scheduled 11/19/2025 at 10:00 AM, Room 680, Memphis, TN. |
| November 5, 2025 | 24 | BNC Certificate of Mailing (related document(s)23 Notice Of Hearing) Notice Date 11/05/2025. |
| November 13, 2025 | 29 | Sua Sponte Order And Notice Of Hearing To Consider Dismissal Of Case For Failure To Pay Filing And/Or Administrative Fees Combined With Notice Of The Entry Thereof. Amount Due: $313.00. Hearing scheduled 12/17/2025 at 09:00 AM, by telephone or videoconference. |
| November 18, 2025 | 33 | Joint Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua) |
| November 19, 2025 | 34 | Notice Of Hearing; (related document(s)33 Joint Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua)) Hearing scheduled 11/19/2025 at 10:00 AM, Room 680, Memphis, TN. |
| November 20, 2025 | | Notice Of Continuance (related document(s) 33 Joint Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua)) Hearing scheduled 12/17/2025 at 10:30 AM Room 600, Memphis, TN. Auto-docketed for Jennifer K. Cruseturner by Jennifer Cruseturner |
| November 20, 2025 | | Notice Of Continuance (related document(s) 22 Motion For Contempt Against Millington Oaks Apartments and |

| | | |
|---|---|---|
| | | Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Byrd, Arthur)) Hearing scheduled 12/03/2025 at 10:30 AM Room 600, Memphis, TN. Auto-docketed for Jennifer K. Cruseturner by Jennifer Cruseturner |
| November 24, 2025 | 36 | Certificate Changing Announcement. The Chapter 13 Trustee's office has previously certified on 11/19/2025 that Related Document # 22 was announced as Continued to 12/3/2025 at 10:30AM. It is now certified that the correct announcement should be a different continued hearing date/time. (related document(s)22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)) Hearing scheduled 12/17/2025 at 10:30 AM, Room 680, Memphis, TN. |
| November 24, 2025 | 37, 37-1, 37-2 | Notice of Filing Documents Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS. (Attachments: # 1 Exhibit 1 Debtor's Lease Agreement # 2 Exhibit 2 General Sessions Court File) (Kahane, S. Joshua) |
| December 10, 2025 | 38 | Supplemental Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua) |
| December 10, 2025 | 39, 39-1, 39-2 | Response to Creditor's Joint Response In Opposition To Debtor's Motion For Contempt And Sanctions And Creditor's Supplemental Brief In Opposition To Debtor's Motion For Sanctions ) Filed by Debtor Paula Antwanette Milner (Attachments: # 1 Exhibit D # 2 Exhibit E) (Byrd, Arthur). Related document(s) 33 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS, 38 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS. Modified on 12/11/2025 |
| December 11, 2025 | 40 | Notice Of Hearing; (related document(s)38 Supplemental Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS |

| | | |
|---|---|---|
| | | APARTMENTS (Kahane, S. Joshua)) Hearing scheduled 12/17/2025 at 10:30 AM, Room 680, Memphis, TN. |
| December 11, 2025 | 41 | Notice Of Hearing; (related document(s)39 Response to Creditor's Joint Response In Opposition To Debtor's Motion For Contempt And Sanctions And Creditor's Supplemental Brief In Opposition To Debtor's Motion For Sanctions ) Filed by Debtor Paula Antwanette Milner (Attachments: # 1 Exhibit D # 2 Exhibit E) (Byrd, Arthur). Related document(s) 33 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS, 38 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS. Modified on 12/11/2025 (clm).) Hearing scheduled 12/17/2025 at 10:30 AM, Room 680, Memphis, TN. |
| December 17, 2026 | | Minutes; Disposition: TAKEN UNDER ADVISEMENT. (related document(s)22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)) |
| December 17, 2025 | | Minutes; Disposition: TAKEN UNDER ADVISEMENT. (related document(s) 33 Joint Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua)) (jmj ) Auto-docketed(CPA) |
| December 17, 2025 | | Minutes; Disposition: TAKEN UNDER ADVISEMENT. (related document(s)38 Supplemental Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua)) (jmj ) |
| December 17, 2025 | | Minutes; Disposition: TAKEN UNDER ADVISEMENT. (related document(s)39 Response to Creditor's Joint Response In Opposition To Debtor's Motion For Contempt And Sanctions And Creditor's Supplemental Brief In Opposition To Debtor's Motion For Sanctions ) Filed by Debtor Paula Antwanette Milner (Attachments: # 1 Exhibit D # 2 Exhibit E) (Byrd, Arthur). Related document(s) 33 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS, 38 Response to Motion filed by |

7

| | | |
|---|---|---|
| | | Creditor MILLINGTON OAKS APARTMENTS. Modified on 12/11/2025.) (jmj ) Auto-docketed(CPA) |
| December 16, 2025 | 44 | Notice of Change of Address for the Debtor, Paula Antwanette Milner Filed by Arthur Byrd on behalf of Paula Antwanette Milner. |
| February 12, 2026 | 47 | Opinion And Order Granting Debtor's Motion For Sanctions For Willful Violation Of The Automatic Stay (Related Doc # 22) |
| February 20, 2026 | | Update Hearing Deadlines (FOR DAMAGES) (related document(s)22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)) Hearing scheduled 2/25/2026 at 11:30 AM, Room 680, Memphis, TN. |
| February 23, 2026 | 49 | Affidavit/Declaration of Attorney Fees Filed by Arthur Byrd on behalf of Debtor Paula Antwanette Milner (related document(s)47 Order on Motion for Contempt). (Byrd, Arthur) |
| February 24, 2026 | 50 | Affidavit/Declaration Filed by Arthur Byrd on behalf of Debtor Paula Antwanette Milner (related document(s)47 Order on Motion for Contempt). (Byrd, Arthur) |
| February 24, 2026 | 51 | Exhibit: Receipts Filed by Arthur Byrd on behalf of Debtor Paula Antwanette Milner (related document(s)50 Affidavit/Declaration). (Byrd, Arthur) |
| February 25, 2026 | 52 | Emergency Motion to Extend Time to Appeal Under Rule 8002(c) Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua). |
| February 25, 2026 | | Minutes; Disposition: TAKEN UNDER ADVISEMENT. Update Hearing Deadlines (FOR DAMAGES) (related document(s)22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)) (jmj ) Auto-docketed(CPA) |
| February 26, 2026 | | An Order GRANTING WITH LIMITATIONS is to be filed by S. Joshua Kahane (related document(s)52 Emergency Motion to Extend Time to Appeal Under Rule 8002(c) Filed by S. Joshua Kahane on behalf of MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua)) Order due by 3/12/2026. |
| February 27, 2026 | 53 | Order Granting Motion for Sanctions for Willful Violation of the Automatic Stay (Related Doc # 22) (ana) |

| March 2, 2026 | 55 | Order Granting Millington Oaks Apartments and Glankler Brown, PLLC'S Motion to Extend Time to File Notice of Appeal Under Rule 8002(c) (Related Doc # 52) Filed by S. Joshua Kahane (lnm) |
|---|---|---|
| March 12, 2026 | 62 | CORRECTED Notice of Appeal and Statement of Election . Previous Receipt Number A43886783, Fee Amount Previously Paid $298, Filed by Creditor MILLINGTON OAKS APARTMENTS (related document(s)47 Order on Motion for Contempt, 53 Order on Motion for Contempt, Order on Motion for Sanctions for Violation of the Automatic Stay). Appellant Designation due by 03/26/2026. |
| March 12, 2026 | 63 | Notice Of Referral Of Appeal To District Court (related document(s)62 CORRECTED Notice Of Appeal and Statement of Election) |
| March 12, 2026 | 64 | Notice Of Docketing Record On Appeal to District Court. Case Number: 26-02260 (related document(s)62 CORRECTED Notice Of Appeal and Statement of Election) |
| March 17, 2026 | 67 | Transcript regarding Hearing Held 02/25/2026 RE: hearing. Remote electronic access to the transcript is restricted until 06/15/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [For information about how to contact the transcriber, please call Veritext, at Telephone number 888-706-4576.]. Notice of Intent to Request Redaction Deadline Due By 3/24/2026. Redaction Request Due By 04/7/2026. Redacted Transcript Submission Due By 04/17/2026. Transcript access will be restricted through 06/15/2026. (Rupa, Dion) |
| March 17, 2026 | 68 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript of the (related to 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay (FOR DAMAGES) Filed by Arthur Byrd on behalf of Paula Antwanette Milner held on 02/25/2026 has been filed. Pursuant to the policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (related document(s)67 Transcript regarding Hearing Held 02/25/2026 RE: hearing. Remote electronic access to the transcript is restricted until 06/15/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [For information about how to contact the transcriber, please call Veritext, at Telephone number 888-706-4576.]. Notice of Intent to Request Redaction Deadline Due By |

| | | |
|---|---|---|
| | | 3/24/2026. Redaction Request Due By 04/7/2026. Redacted Transcript Submission Due By 04/17/2026. Transcript access will be restricted through 06/15/2026.) (jmj) |
| March 17, 2026 | 69 | Transcript regarding Hearing Held 12/17/2025 RE: hearing. Remote electronic access to the transcript is restricted until 06/15/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [For information about how to contact the transcriber, please call Veritext, at Telephone number 888-706-4576.] (related document(s) 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C), 33 Joint Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua), 38 Supplemental Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua), 39 Response to Creditor's Joint Response In Opposition To Debtor's Motion For Contempt And Sanctions And Creditor's Supplemental Brief In Opposition To Debtor's Motion For Sanctions ) Filed by Debtor Paula Antwanette Milner (Attachments: # 1 Exhibit D # 2 Exhibit E) (Byrd, Arthur). Related document(s) 33 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS, 38 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS. Modified on 12/11/2025 (clm).). Notice of Intent to Request Redaction Deadline Due By 3/24/2026. Redaction Request Due By 04/7/2026. Redacted Transcript Submission Due By 04/17/2026. Transcript access will be restricted through 06/15/2026. (Rupa, Dion) |
| March 17, 2026 | 70 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript of the (related document(s) 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC, Motion For Sanctions for Violation of the Automatic Stay Filed by |

| | | | |
|---|---|---|---|
| | | | Arthur Byrd on behalf of Paula Antwanette Milner (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C), 33 Joint Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua), 38 Supplemental Response to (related document(s): 22 Motion For Contempt Against Millington Oaks Apartments and Glankler Brown PLLC filed by Debtor Paula Antwanette Milner, Motion For Sanctions for Violation of the Automatic Stay ) Filed by Creditor MILLINGTON OAKS APARTMENTS (Kahane, S. Joshua), 39 Response to Creditor's Joint Response In Opposition To Debtor's Motion For Contempt And Sanctions And Creditor's Supplemental Brief In Opposition To Debtor's Motion For Sanctions ) Filed by Debtor Paula Antwanette Milner (Attachments: # 1 Exhibit D # 2 Exhibit E) (Byrd, Arthur). Related document(s) 33 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS, 38 Response to Motion filed by Creditor MILLINGTON OAKS APARTMENTS held on 12/17/2025 has been filed. Pursuant to the policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (related document(s)69 Transcript regarding Hearing Held 12/17/2025 RE: hearing. Remote electronic access to the transcript is restricted until 06/15/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [For information about how to contact the transcriber, please call Veritext, at Telephone number 888-706-4576.] Notice of Intent to Request Redaction Deadline Due By 3/24/2026. Redaction Request Due By 04/7/2026. Redacted Transcript Submission Due By 04/17/2026. Transcript access will be restricted through 06/15/2026.) (jmj) |
| March 20, 2026 | 73 | | Notice of Appearance and Request for Notice Filed by James E. Bailey III. on behalf of Paula Antwanette Milner. (Bailey, James) |
| March 20, 2026 | 74 | | Disclosure of Compensation of Attorney for Debtor Filed by James E. Bailey III. on behalf of Debtor Paula Antwanette Milner. (Bailey, James) |
| March 24, 2026 | 75 | | Trustee's Motion To Dismiss Due To Failure To Pay ; Order and Notice of Hearing. Hearing scheduled 04/22/2026 at 09:00 AM Room 680, Memphis, TN. Auto- |

| | | docketed for Jennifer K. Cruseturner by Jennifer Cruseturner |
|---|---|---|

Respectfully submitted,

GLANKLER BROWN, PLLC

Dated: March 26, 2026

/s/ S. Joshua Kahane
S. Joshua Kahane  (#23726)
S.T. Rayburn (#41634)
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
(901) 525-1322

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was provided to the following via Notice of Electronic Filing and/or first class mail, postage prepaid on this 26th day of March 2026:

Arthur Byrd
Attorney for Debtor
Law Office of Arthur A. Byrd, Jr.
116 Mulberry
Collierville, TN 38017

James E. Bailey, III.
Butler Snow LLP
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Jennifer K Cruseturner
Chapter 13 Standing Trustee
5350 Poplar Avenue #500
Memphis, TN 38119
901-821-2400

/s/ S. Joshua Kahane

12